UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PRABHJOT SINGH,

              Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION,
and U.S. DEPARTMENT OF HOMELAND
SECURITY,

              Defendants.
-------------------------------------------------------------x

**ORDER**

24-CV-8806 (PMH)

PHILIP M. HALPERN, United States District Judge:

On November 19, 2024, Plaintiff commenced the instant action against Defendants U.S. Citizenship and Immigration Services and U.S. Department of Homeland Security ("Defendants"). (Doc. 1). On December 27, 2024, the Clerk of Court issued a summons as to Defendants. (Doc. 7). On January 15, 2025, counsel for Defendants entered an appearance. (Doc. 8). However, there is no indication on the docket that Defendants have been served.

Accordingly, Plaintiff is directed to comply with Federal Rule of Civil Procedure 4(l) and file proof of service of the summons and complaint on Defendants, as well as a letter advising of the status of this action, by March 20, 2025.

                                                     **SO ORDERED.**

Dated: White Plains, New York
       March 6, 2025

                                                    _____
                                                    Philip M. Halpern
                                                    United States District Judge